# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET
AL.

NO.  2019 CW 0995

VERSUS

OCCIDENTAL CHEMICAL COMPANY
AND TEXAS BRINE COMPANY,
LLC, ET AL.

JAN 1 6 2020

In Re:    Zurich American Insurance Company, Steadfast Insurance
Company and American Guarantee & Liability Insurance
Company, applying for supervisory writs, 23rd Judicial
District Court, Parish of Assumption, No. 33796.

BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT NOT CONSIDERED.**  The writ application fails to comply
with Rules 4-5(C)(8), (9), and (10) of the Uniform Rules of
Louisiana Courts of Appeal, as it does not include a copy of
each pleading on which the judgment was founded, a copy of any
opposition and any attachments thereto, or a copy of the
pertinent court minutes.

Additionally, because relators seek this court's review of
a ruling that purportedly was issued following an evidentiary
hearing, it was necessary for this court to be provided copies
of all evidence, including testimony, submitted to the trial
court.

Supplementation of this writ application and/or an
application for rehearing will not be considered.  Rules 4-9 and
2-18.7, Uniform Rules of Louisiana Courts of Appeal.  In the
event relators seek to file a new application with this court,
it must contain all pertinent documentation and must comply with
Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal.  Any
new application must be filed on or before January 31, 2020, and
must contain a copy of this ruling.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT